■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THARRON T. FERGUSON, Appellant. (Appeal No. 1.) [750 NYS2d 547] —Appeal from a judgment of Jefferson County Court (Martusewicz, J.), entered March 13, 2000, convicting defendant upon his plea of guilty of criminal sale of a controlled substance in the fifth degree.

545] —Appeal from a judgment of Jefferson County Court (Martusewicz, J.), entered March 13, 2000, which revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Ferguson* ([appeal No. 1] 299 AD2d 806). Present—Pigott, Jr., P.J., Hayes, Hurlbutt, Kehoe and Lawton, JJ.